

**ORDERED in the Southern District of Florida on May 6, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                   CASE NO. 18-17015-RBR
JAIRO E. LEAL                       CHAPTER 13

Debtors,
_____/

### AGREED ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION, AMENDED OBJECTIONs TO CLAIM 2-1, DE # 39, 55, and 58

THIS CAUSE having come before the court on April 25, 2019, upon the Debtor JAIRO E. LEAL Objection to Claim Number 2-1, (D.E. #39) filed by Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 (the "Creditor") and the Amended Objections (DE 55 and DE 58). This Court having considered the basis for the

objection and the amended objections; and given that the parties have reached an agreement; and being otherwise duly advised in the premises, it is

**HEREBY ORDERED** that Debtor's objection and amended objections to the claim 2-1 is sustained in part and denied in part.

1. That the Creditor received insurance proceeds in relation to a claim on the property that secured Creditor's claim.

2. That the Creditor returned the insurance funds to the Debtor on April 10, 2019 in the amount of $10,000.00.

3. That the arrears in Claim 2-1 will remain as stated in the claim: **$41,642.03**, and paid in full through the Chapter 13 plan.

4. That the Debtor's payment of the arrears will increase to $766.87 as of the 13th month of the Chapter 13 Plan.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).