## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida

IN RE:                                                                  Case No. 18-17015-SMG
                                                                                    Chapter 13

Jairo E. Leal,

        Debtor.
_____/

### NOTICE OF CHANGE OF ADDRESS FOR TRUSTEE PAYMENTS

    **COMES NOW**, Weitzer Chapel Trail Homes Homeowners' Association, Inc., by its attorney, and hereby requests that the Trustee payment address on its claim no. 1 in the instant bankruptcy proceeding be changed to:

**Old payment address:**
Weitzer Chapel Trail Homes Homeowners' Association, Inc.
Horizon Maintenance Services
5618 Hollywood Boulevard
Hollywood, FL 33021

**New payment address:**
Weitzer Chapel Trail Homes Homeowners' Association, Inc.
c/o Association Specialty Group
9050 Pines Boulevard, Suite 480
Pembroke Pines, FL 33024

    This address change only pertains to Trustee payments. Court notices and all pleadings are still to be sent pursuant to the Notice of Appearance previously filed in this matter on behalf of Weitzer Chapel Trail Homes Homeowners' Association, Inc.

                                                     Respectfully Submitted,

                                                     EISINGER LAW
                                                     Presidential Circle
                                                     4000 Hollywood Blvd.
                                                     Suite 265-S
                                                     Hollywood, Florida 33021
                                                     Phone: (954) 894-8000
                                                     E-mail: jfrankel@eisingerlaw.com


                                                     **/s/ Jed L. Frankel**
                                                     JED L. FRANKEL, ESQ.
                                                     Florida Bar No. 0988278

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this 15TH day of July, 2020.

BY: **/s/ Jed L. Frankel**
JED L. FRANKEL, ESQ.
Florida Bar No. 0988278

# Mailing Information for Case 18-17015-SMG

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ricardo Corona     bk@coronapa.com, rcorona@coronapa.com
- Jed L Frankel     jfrankel@eisingerlaw.com, sorta@eisingerlaw.com
- Jeffrey S Fraser     bkfl@albertellilaw.com, anhsalaw@infoex.com
- Scott C Lewis     bkfl@albertellilaw.com, anhsalaw@infoex.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Zach B Shelomith     zbs@lsaslaw.com, fpd@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
- Robin R Weiner     ecf@ch13weiner.com, ecf2@ch13weiner.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)