**Fill in this information to identify the case:**

Debtor 1: <u>Jairo E Leal</u>

United States Bankruptcy Court for the: <u>Southern</u>   District of <u>Florida (Fort Lauderdale)</u>

Case number: <u>18-17015-SMG</u>

<u>Official Form 410S1</u>

## Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment and postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 | **Court claim no.: 2-1** |

**Last four digits** of any number you use to identify the debtor's account:    <u>7009</u>

**Date of payment change:**
Must be at least 21 days after date of this notice     <u>10/01/2020</u>

**New total payment:**    <u>$1,983.53</u>
Principal, interest, and escrow, if any

---

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:    $ _____    New escrow payment:    $ _____

---

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:    <u>4.00</u> %    New interest rate:    <u>4.625</u> %

Current principal and interest payment: $ <u>1,029.68</u>    New principal and interest payment:  $ <u>1,114.84</u>

---

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment:  $ _____    New mortgage payment:  $ _____

---

Debtor 1: <u>Jairo E Leal</u>                                    Case number: <u>18-17015-SMG</u>

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

_____ I am the creditor.            <u>   X   </u>   I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

<u>/s/ *Scott C. Lewis, Esq.*                              </u>            Date    <u>09/01/2020                </u>
Signature

**Print**              <u>Scott           C.            Lewis         </u>
                       First Name      Middle Name   Last Name          Title  <u>Attorney For Secured Creditor</u>

Company          <u>Albertelli Law                              </u>

Address          <u>P.O. Box 23028                          </u>
                      Number      Street

                 <u>Tampa            FL            33623          </u>
                      City            State         Zip Code

Contact Phone: 813-221-4743          Email: bkfl@albertlilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document to be served upon the following parties of interest either via pre-paid regular US Mail or via electronic notification to the parties on the attached service list, this 1st day of September, 2020.

**SERVICE LIST**

Jairo E Leal
19332 NW 11 St
Hollywood, FL 33029

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

_/s/ Scott C. Lewis, Esq._
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

 **SPS** SELECT *Portfolio* SERVICING, inc.

| **IMPORTANT MORTGAGE NOTIFICATION** |
| Your Payment and Interest Rate will Increase. |
| Questions? Call us at 800-258-8602. |

August 5, 2020



JAIRO LEAL
19332 NW 11TH ST
PEMBROKE PINES, FL 33029-0000

**Account Number:**
**Property Address:**        19332 NW 11TH ST
                            PEMBROKE PI, FL 33029

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account payments.

**Mortgage Modification Reminder**
Under the terms of the Step Rate Modification Agreement, the interest rate and payment amount are subject to scheduled changes until the interest rate cap is reached, which was established based on the market interest rate as of the date that the modification agreement was prepared.

**Modification Payment Information**
The payment schedule below shows estimated future changes to the mortgage payment. Specifically, the next scheduled interest rate and payment amount change is October 1, 2020. The total monthly payment outstanding on that date will be $1,983.53.

| Interest Rate Effective Date | Interest Rate | A. Monthly Principal and Interest Payment Amount | B. Estimated Monthly Escrow Payment Amount | C. Total Monthly Payment | Payment Date |
|---|---|---|---|---|---|
| 09/01/2020 | 4.62500% | $1,114.84 | $868.69 | $1,983.53 | 10/01/2020 |

1. The monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), which, if they increase, may also increase the monthly payment.
2. The total monthly payment (C.) is calculated by adding (A.) principal and interest and (B.) escrow.
3. The interest rate(s) listed will be the interest rate(s) for the remaining term of the mortgage.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly ACH payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Mortgage Assistance**

If you have any questions, your assigned Relationship Manager, Juan Granados, can be reached toll free at 800-258-8602 Ext. 37360 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, or any of our available loan resolution options. If you have any questions or concerns, please contact our Customer Service Department toll-free at 800-258-8602 for more information.   Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved housing counselor, you may call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673) or visit HUD's website at https://apps.hud.gov/offices/hsg/sfh/hcc/fc/ to find an available counseling agency. The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**